**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02720-RBJ-KMT

CARMEN CARDENAS,

    Plaintiff,

v.

STATES RECOVERY SYSTEMS, INC., a California corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice [ECF No. 19] pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED this 1st day of March, 2016.

BY THE COURT:

R. Brooke Jackson
United States District Judge